Ralph E. ROSENLUND, Plaintiff,

v.

TRANSNATIONAL INSURANCE COM-
PANY, a corporation, and E. B. Crit-
tenden, Defendants.

Civ. No. 64-379.

United States District Court
D. Oregon.

Nov. 3, 1964.

Robert A. Leedy, Barzee, Leedy &
Tassock, Portland, Or., for plaintiff.

Donald H. Pearlman, Keane, Haessler,
Bauman & Harper, Portland, Or., for
defendant Transnational.

Howard K. Beebe, Maguire, Shields,
Morrison, Bailey & Kester, Portland, Or.,
for defendant E. B. Crittenden.

KILKENNY, District Judge.

Plaintiff, in his complaint, charges that
defendant Crittenden, acting for and in
behalf of defendant Transnational, wil-
fully and maliciously defamed the plain-
tiff by speaking and publishing, in the
state of Oregon, defamatory words con-
cerning plaintiff on at least three occa-
sions. The alleged defamatory words
were uttered in connection with Critten-
den's transaction of business in the state
of Oregon for Transnational.

Crittenden's motion to quash the ser-
vice of process in the state of California,
challenges the jurisdiction of this court
over his person. Defendant has never
been a resident or a citizen of the state
of Oregon. He is a resident of the state
of California and the process was served
on him in that state. His affidavit indi-
cates that he has no property of any kind
located in the state of Oregon.

■ Plaintiff claims jurisdiction
under ORS 14.035, as made applicable to
actions in federal courts under F.R.Civ.
P. 4(e) and 4(f). The Oregon legisla-
tion is set forth in a footnote to Hiersche
v. Seamless Rubber Co., 9 Cir., 225 F.
Supp. 682, 684, a decision of this court
announced on November 21, 1963. It is
my belief that the court has jurisdiction
under either, or both, of the following
provisions of the Oregon statute.

"(a) The transaction of any business
within the state;

"(b) The commission of a tortious
act within this state; * * *."

■ Furthermore, the legislation, as
bearing on the facts of this case, is not
unconstitutional.

The court has jurisdiction. The mo-
tion to quash is denied.

It is so ordered.